McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LYNN BUSBY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, JOVITA CARRANZA, ADMINISTRATOR,<br><br>  Defendant. | CASE NO. 2:20-CV-00898-TLN-KJN PS<br><br>ORDER<br><br>JUDGE:   Hon. Kendall J. Newman |

Pending before the Court is the parties' joint stipulation and request to continue the deadline for defendant to file a response to the complaint by 45 days. Good cause appearing, the request is GRANTED. Defendant's response to the complaint shall be filed on or before November 17, 2020.

IT IS SO ORDERED.

Dated: October 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

898.ext

ORDER                                           1